# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR87 |
| vs. | |
| ISAAC JOHNSON, ANTHONY MOORE and AMANDA FERRELL, | ORDER |
| Defendants. | |

This matter is before the court on defendants' motions to continue deadline for filing pretrial motions [34] [35] [36]. For good cause shown, I find that the motions should be granted. The defendants will be given an approximate 30-day extension. Pretrial motions shall be filed by May 23, 2019.

**IT IS ORDERED:**

1. Defendants' motions to continue deadline for filing pretrial motions [34] [35] [36] are granted. Pretrial motions shall be filed on or before May 23, 2019.

2. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motions, i.e., the time between today's date and May 23, 2019, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 24th day of April, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge