IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISAAC JOHNSON, ANTHONY MOORE and<br>AMANDA FERRELL<br><br>    Defendant. | **8:19CR87**<br><br><br>**ORDER** |

This matter is before the court on Defendant Moore's Unopposed Motion to Continue Trial [75].  Counsel is seeking additional time to negotiate a resolution to this matter short of trial.  For good cause shown,

**IT IS ORDERED** that Defendant Moore's Unopposed Motion to Continue Trial [75] is granted as follows:

1.  The jury trial, **as to all defendants,** now set for November 12, 2019, is continued to **January 28, 2020**.

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 28, 2020** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 4th day of November 2019.

        BY THE COURT:

        s/Susan M. Bazis
        United States Magistrate Judge