# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ISAAC JOHNSON, ANTHONY MOORE, and AMANDA FERRELL,<br><br>            Defendants. | 8:19CR87<br><br>ORDER |

IT IS ORDERED:

1. The Government's Motion to Dismiss Forfeiture Allegation, ECF No. 79, is granted; and

2. The Forfeiture Allegation contained within the Indictment, ECF No. 1, is dismissed as to all Defendants.

Dated this 11th day of February 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge