IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>AMANDA FERRELL, ANTHONY MOORE and ISAAC JOHNSON,<br><br>                Defendants. | **8:19CR87**<br><br>**ORDER** |

       This matter is before the court on Defendant Ferrell's unopposed Motion to Continue Trial [81]. Counsel is seeking additional time to negotiate a plea with the plaintiff. For good cause shown,

       **IT IS ORDERED** that Defendant Ferrell's unopposed Motion to Continue Trial [81] is granted as follows:

       1. The jury trial, **as to all defendants**, now set for March 3, 2020, is continued to **April 7, 2020.**

       2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 7, 2020,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

       Dated this 25th day of February 2020.

                                         BY THE COURT:

                                         s/Susan M. Bazis
                                         United States Magistrate Judge