IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ISAAC JOHNSON, ANTHONY MOORE and AMANDA FERRELL<br><br>                  Defendant. | 8:19CR87<br><br>ORDER |

This matter is before the court on Defendant Ferrell's unopposed Motion to Continue [86]. Counsel is actively in plea negotiations with the plaintiff and seeks additional time to meet and confer with defendant. For good cause shown,

    **IT IS ORDERED** that Defendant Ferrell's unopposed Motion to Continue [86] is granted, as follows:

1. The jury trial, **as to all defendants,** now set for July 28, 2020, is continued to **September 15, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 15, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 20th day of July 2020.

                                            BY THE COURT:

                                            s/Susan M. Bazis
                                            United States Magistrate Judge