IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>AMANDA FERRELL, ANTHONY MOORE,<br>ISAAC JOHNSON,<br><br>                  Defendants. | 8:19CR87<br><br>ORDER |

This matter is before the court on Defendant Moore's Unopposed Motion to Continue Trial [88]. The parties are engaged in plea negotiations and seek additional time to resolve this matter short of trial. For good cause shown,

    **IT IS ORDERED** that Defendant Moore's Unopposed Motion to Continue Trial [88] is granted, as follows:

1. The jury trial, **as to all defendants**, now set for September 15, 2020, is continued to **October 27, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 27, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    **DATED: September 4, 2020.**

                                                              BY THE COURT:

                                                              s/Susan M. Bazis
                                                              United States Magistrate Judge