# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR87** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **ISAAC JOHNSON and** | ) | |
| **AMANDA FERRELL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendant, Amanda Ferrell's Motion to Continue Trial [111]. Counsel needs additional time as the parties are engaged in plea negotiations and are desirous of more time. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [111] is granted, as follows:

1. The jury trial, **for both defendants**, now set for May 4, 2021, is continued to **June 15, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 15, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED: April 29, 2021.**

                                                          **BY THE COURT:**

                                                          **s/ Susan M. Bazis**
                                                          **United States Magistrate Judge**