IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

ISAAC JOHNSON,

Defendant.

**8:19CR87**

**ORDER**

This matter is before the Court on defendant's motion to proceed in forma pauperis on appeal, Filing No. 207.  The Court has carefully reviewed the motion and affidavit and finds the motion should be granted.

THEREFORE, IT IS ORDERED:

Defendant's motion for leave to proceed in forma pauperis on appeal (Filing No. 207), is granted.

Dated this 2nd day of March, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge