IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ISAAC JOHNSON,<br><br>　　　　　　Defendant. | **8:19CR87**<br><br>**ORDER** |

This matter is before the court on the defendant's motion to continue the re-sentencing hearing, Filing No. 245. The motion will be granted.

THEREFORE, IT IS ORDERED that:

1. The defendant's motion to continue the re-sentencing hearing currently set for May 14, 2025, Filing No. 245 is granted.

2. The re-sentencing hearing is continued to November 24, 2025 at 10:00 a.m. before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant must be present in person.

Dated this 1st day of April, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge