IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ISAAC JOHNSON,<br><br>          Defendant. | **8:19CR87**<br><br>**ORDER** |

This matter is before the court on the defendant's motion to continue the re-sentencing hearing, Filing No. 247. The motion will be granted.

THEREFORE, IT IS ORDERED that:

1. The defendant's motion to continue the re-sentencing hearing currently set for November 24, 2025, Filing No. 247, is granted.

2. The re-sentencing hearing is continued to January 26, 2026 at 11:30 a.m. before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant must be present in person.

Dated this 16th day of September, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge